AO 245D (Rev. 02/18)   Judgment in a Criminal Case for Revocations
                       Sheet 1

# UNITED STATES DISTRICT COURT

Middle District of Alabama

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
| v. | (For **Revocation** of Probation or Supervised Release) |
| ANTONIO DEWONE EDWARDS | |

Case No.  3:17cr20-WKW-JTA
USM No.  16819-002

Christine Freeman
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) __1, 2, and 3__ of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after pleading no contest.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession with Intent to Distribute a Controlled Substance | 03/28/2024 |
| 2 | Possession of Marijuana, 2nd Degree | 03/28/2024 |
| 3 | Possession of Crack Cocaine, Powder Cocaine and Marijuana | 03/28/2024 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  8471

Defendant's Year of Birth:  1985

City and State of Defendant's Residence:
Salem, Alabama

05/03/2024
_____
Date of Imposition of Judgment

/s/ W. Keith Watkins
_____
Signature of Judge

W. Keith Watkins, United States District Judge
_____
Name and Title of Judge

05/16/2024
_____
Date

Judgment — Page 2 of 2

DEFENDANT: ANTONIO DEWONE EDWARDS
CASE NUMBER: 3:17cr20-WKW-JTA

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

24 Mos. with no term of supervised release to follow.  The term of supervised release imposed on July 17, 2017 is revoked.

☑ The court makes the following recommendations to the Bureau of Prisons:

That Defendant be designated to a facility where mental health treatment and drug treatment are available.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____.

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____.

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL